JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL HERNANDEZ, an individual; JULLY ROMERO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity; OFFICER ANDRES MARTINEZ, an individual; OFFICER JAMES WELCH, an individual; DETECTIVE JOSE CHAVEZ, an individual; and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No. CV19-00441 CAS (GJSx)<br>*Hon. Christina A. Snyder, Ctrm. 8D, 8th Fl*<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41(a)(1)** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-captioned action against Defendants **CITY OF LOS ANGELES, ANDRES MARTINEZ, JAMES WELCH and JOSE CHAVEZ** is dismissed, *with prejudice*, in its entirety. Each party to bear their own costs and fees.

1

**ORDER RE JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION**

1  The Court also will retain jurisdiction over this matter until (1) this
2 conditional settlement is heard and approved by the full City Council, (2) the
3 settlement check is released to Plaintiffs' counsel, and (3) any outstanding issues
4 concerning payment of expert fees for their depositions in this matter has been
5 resolved informally or formally by the Court.

6  **IT IS SO ORDERED**.

7 Dated: January 13, 2023

*Christina A. Snyder*
_____
**HON. CHRISTINA A. SNYDER**
**UNITED STATES DISTRICT JUDGE**